# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-1533 MRW | Date | March 18, 2019 |
| Title | Please Gimme My Publishing, Inc. et al v. EMI April Music Inc. et al | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: DISMISSAL

    Plaintiff filed a notice to dismiss this case without prejudice. (Docket # 20.) This action is dismissed without prejudice.